FILED
JAN 07 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN F. CHARETTE,<br><br>Defendant. | MJ 15-59-M-JCL<br><br>ORDER |

Defendant Brian Charette has filed a motion to quash the writ of habeas corpus ad prosequendum issued on January 7, 2019, and allow him to be tried in absentia. The United States opposes the motion.

IT IS ORDERED that the motion is DENIED.

DATED this 7th day of January, 2019.

Jeremiah C. Lynch
United States Magistrate Judge

1