FILED
JAN 16 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 15-59-M-JCL |
| Plaintiff, | |
| vs. | ORDER |
| BRIAN F. CHARETTE, | |
| Defendant. | |

Defendant Brian Charette was charged by Information with the offense of taking a grizzly bear in violation of 16 U.S.C. §§ 1538(a)(1)(G) and 1540(b)(1), and 50 C.F.R. § 17.40(b)(1)(i)(A). Defendant's bench trial was held on January 9, 2019. Having considered the evidence and testimony presented at trial, the Court finds Defendant not guilty of the charge set forth in the Information. The Clerk of Court is directed to enter judgment accordingly.

DATED this 16th day of January, 2019.

Jeremiah C. Lynch
United States Magistrate Judge

1