UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN F. CHARETTE,<br><br>Defendant. | Case No. MJ-15-059-M-JCL<br><br>JUDGMENT |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED the Court finds the Defendant not guilty of the charge set forth in the Information.

    Dated this 16th day of January, 2019.

                                  TYLER P. GILMAN, CLERK

                                  By: /s/ A. Puhrmann
                                  A. Puhrmann, Deputy Clerk